UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME WARNER CABLE INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>VIACOM INTERNATIONAL INC.,<br>COMEDY PARTNERS, BLACK<br>ENTERTAINMENT TELEVISION LLC, and<br>COUNTRY MUSIC TELEVISION, INC.,<br><br>        Defendants. | Civil Action No. 11 Civ. 2376 (LBS)<br><br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Michael D. Schissel hereby appears on behalf of defendants Viacom International Inc., Comedy Partners, Black Entertainment Television LLC, and Country Music Television, Inc., certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:   New York, New York
         April 11, 2011

                                        ARNOLD & PORTER LLP


                                        By:   /s/ Michael D. Schissel
                                              _____
                                              Michael D. Schissel
                                              michael.schissel@aporter.com
                                              399 Park Avenue
                                              New York, New York 10022
                                              Tel:  (212) 715-1000
                                              Fax:  (212) 715-1390

                                        *Attorneys for Defendants*