UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME WARNER CABLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VIACOM INTERNATIONAL INC.,<br>COMEDY PARTNERS, BLACK<br>ENTERTAINMENT TELEVISION LLC, and<br>COUNTRY MUSIC TELEVISION, INC.,<br><br>　　　　　Defendants. | Civil Action No. 11 Civ. 2376 (LBS)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Lucy S. McMillan hereby appears on behalf of defendants Viacom International Inc., Comedy Partners, Black Entertainment Television LLC, and Country Music Television, Inc., certifies that she is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:　　New York, New York
　　　　　April 11, 2011

　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP


　　　　　　　　　　　　　　　　　　By:　/s/ Lucy S. McMillan
　　　　　　　　　　　　　　　　　　　　Lucy S. McMillan
　　　　　　　　　　　　　　　　　　　　lucy.mcmillan@aporter.com
　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 715-1000
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 715-1390

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*