UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME WARNER CABLE INC., <br><br> Plaintiff, <br><br> v. <br><br> VIACOM INTERNATIONAL INC., COMEDY PARTNERS, BLACK ENTERTAINMENT TELEVISION LLC, and COUNTRY MUSIC TELEVISION, INC., <br><br> Defendants. | Civil Action No. 11 Civ. 2376 (LBS) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Matthew Salzmann hereby appears on behalf of defendants Viacom International Inc., Comedy Partners, Black Entertainment Television LLC, and Country Music Television, Inc., certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:   New York, New York
         April 11, 2011

ARNOLD & PORTER LLP

By:   /s/ Matthew Salzmann
      Matthew Salzmann
      matthew.salzmann @aporter.com
      399 Park Avenue
      New York, New York 10022
      Tel: (212) 715-1000
      Fax: (212) 715-1390

*Attorneys for Defendants*