*SA ND S.*

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 4-25-11         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

TIME WARNER CABLE INC.,

                Plaintiff,

v.

VIACOM INTERNATIONAL INC., COMEDY PARTNERS, BLACK ENTERTAINMENT TELEVISION LLC, and COUNTRY MUSIC TELEVISION, INC.,

                Defendants.

Civil Action No. 11 CV 2376 (LBS)

**STIPULATION AND ORDER**

---

        It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

        1. Defendants Viacom International Inc., Comedy Partners, Black Entertainment Television LLC, and Country Music Television, Inc. ("Defendants") have accepted service of the Complaint in this action.

        3. Defendants shall have until May 31, 2011 to answer or otherwise move in response to the Complaint.

Dated: April 20, 2011

                                        CAHILL GORDON & REINDEL LLP

                                        By: _____
                                             Jonathan D. Thier
                                             (jthier@cahill.com)
                                             Brian T. Markley
                                             (bmarkley@cahill.com)
                                        80 Pine Street
                                        New York, NY 10005

Tel: (212) 701-3000
Fax: (212) 269-5420

COWAN, LIEBOWITZ & LATMAN, P.C.
Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
Telephone: (212) 790-9200
Fax: (212) 575-0671

*Counsel for Plaintiff Time Warner Cable Inc.*

ARNOLD & PORTER LLP

By: _____
Peter L. Zimroth
peter.zimroth@aporter.com
Michael D. Schissel
michael.schissel@aporter.com
Lucy S. McMillan
lucy.mcmillan@aporter.com
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

*Counsel for Defendants Viacom International Inc., Comedy Partners, Black Entertainment Television LLC, and Country Music Television, Inc.*

_____
United States District Judge
4/25/11