UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIME WARNER CABLE INC.,

        Plaintiff,

- against -

VIACOM INTERNATIONAL INC., COMEDY
PARTNERS, BLACK ENTERTAINMENT
TELEVISION LLC and COUNTRY MUSIC
TELEVISION, INC.,

        Defendants.

------------------------------------------------------------ x
------------------------------------------------------------ x

VIACOM INTERNATIONAL INC., MTV
NETWORKS, a division of Viacom International
Inc., COMEDY PARTNERS, BET HOLDINGS
LLC and COUNTRY MUSIC TELEVISION, INC.,

        Counterclaim Plaintiffs,

- against -

TIME WARNER CABLE INC., TIME WARNER
ENTERTAINMENT COMPANY L.P., and TIME
WARNER CABLE LLC,

        Counterclaim Defendants.

------------------------------------------------------------ x

Civil Action No. 11 CIV 2376 (LBS)

**RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to FRCP 7.1, the undersigned counsel for Defendants and Counterclaim Plaintiffs (all of which are private non-governmental parties) certifies that Counterclaim Plaintiff MTV Networks is a division of Defendant-Counterclaim Plaintiff Viacom International Inc. Viacom Inc., a publicly traded company, is the ultimate parent company of Defendants-Counterclaim Plaintiffs Viacom International Inc., Comedy Partners, and Country Music

Television, Inc., as well as Defendant Black Entertainment Television LLC and Counterclaim Plaintiff BET Holdings LLC. No publicly held corporation owns 10 percent or more of the stock of Viacom Inc.

Dated: New York, New York
      May 31, 2011

ARNOLD & PORTER LLP

By: /s/ Peter L. Zimroth /mss
Peter L. Zimroth
peter.zimroth@aporter.com
Michael D. Schissel
michael.schissel@aporter.com
Lucy S. McMillan
lucy.mcmillan@aporter.com
399 Park Avenue
New York, New York 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

Robert A. Garrett
555 Twelfth Street N.W.
Washington, DC 20004
Tel: (202) 942-5444
Fax: (202) 942-5999

*Attorneys for Defendants-Counterclaim Plaintiffs*

2